

FILED

APR 0 6 2020

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 19CR04418-AHG |
| Plaintiff, | |
| v. | **FINDINGS OF FACT AND ORDER OF DETENTION** |
| JOSE ALBERTO LEYVA ALVARADO, | |
| Defendant. | |

In accordance with § 3142(f) of the Bail Reform Act of 1984 (18 U.S.C. §§ 3141 et seq.), a detention hearing was held on March 27, 2020, to determine whether JOSE ALBERTO LEYVA ALVARADO should be held in custody pending trial on the ground that he is a risk of flight and that he violated his pretrial release. Assistant U.S. Attorney Jessica G. Moreno appeared on behalf of the United States. Federal Defenders appeared on behalf of Defendant.

Based on the evidence proffered by the United States and Defendant, and Probation's Department Petition for Warrant or Summons for Offender Under Supervision issued against Defendant on March 26, 2020, the Court concludes that the following facts establish by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of Defendant as required.

I

## FINDINGS OF FACT

A. <u>Nature and Circumstances of the Offense Charged (18 U.S.C. §3142(g)(1))</u> :

1.  On March 26, 2020, the Probation Department filed a Petition for Warrant or Summons for Offender Under Supervision for Defendant and a warrant for his arrest was issued.

2.  Based on the Probation Department's Petition for Warrant or Summons for Offender Under Supervision probable cause exists to believe that on February 4, 2020; February 28, 2020; March 05, 202; and March 08, 2020, Defendant violated the conditions of his pretrial release.

B. <u>Weight of the Evidence Against the Defendant (18 U.S.C. § 3142(g)(2)</u>:

1.  On February 4, 2020, Defendant used controlled substances, as evidenced by the urine sample he submitted at the U.S. Probation Office, which confirmed positive for amphetamine, methamphetamine and marijuana metabolite, in violation of the conditions of his supervised release.

2.  On February 28, 2020, Defendant violated his home confinement program rules by not being at his approved residence without prior approval from the probation officer, in violation of the conditions of his supervised release.

3.  On March 5, 2020, Defendant failed to report to the probation office as directed by the probation officer, in violation of the conditions of his supervised release.

4.  On March 8, 2020, Defendant violated his home confinement program rules by not being at his approved residence without prior approval from the probation officer, in violation of the conditions of his supervised release.

5.  On March 8, 2020, Defendant, a convicted felon, was in possession of a firearm, in violation of Title 18 USC Section 922 (g)(1), as evidenced by the complaint filed in U.S. District Court, Southern District of California, Docket No. 20MJ08938-001-RBM.

6.  Defendant has a history of use of controlled substances.

7. Defendant has a history of violating the terms of his supervised release and home confinement program. Further, Defendant fails to report to his probation officer as directed.

D. Nature and Seriousness of Danger Posed by Release (18 U.S.C. § 3142(g)(4)

1. The government proffered Defendant is a danger to the community as evidenced by Defendant's arrest on March 8, 2020, for being a felon in possession of a firearm, as supported by the complaint filed in U.S. District Court, Southern District of California, Docket No. 20MJ08938-001-RBM.

II

REASONS FOR DETENTION

A. There is probable cause to believe that the Defendant committed the offense charged in Based Probation Department's Petition for Warrant or Summons for Offender Under Supervision probable cause exists to believe that on February 4, 2020; February 28, 2020; March 05, 202; and March 08, 2020, Defendant violated the conditions of his pretrial release.

B. The Defendant faces a substantial period of time in custody if convicted of the offense charged in the Complaint. He therefore has a strong motive to flee.

C. Based upon the Court's findings there is no condition or combination or conditions that will reasonably assure the appearance of the Defendant as required.

III

ORDER

IT IS HEREBY ORDERED that Defendant be detained pending trial in this matter.

IT IS FURTHER ORDERED that Defendant be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with counsel.

While in custody, upon order of a court of the United States or upon the request of an attorney for the United States, the person in charge of the correctional facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding or any other appearance stipulated to by defense and government counsel.

THIS ORDER IS ENTERED WITHOUT PREJUDICE.

IT IS SO ORDERED.

DATED: _4/6/2020_ .

_____
HON. RUTH BERMUDEZ MONTENEGRO
U.S. MAGISTRATE JUDGE

Prepared by:

ROBERT S. BREWER, JR
United States Attorney

_____
JESSICA G. MORENO
Assistant U. S. Attorney

cc:    Federal Defenders
       Counsel for Defendant